IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY A. GILKERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA COLOCATION CENTERS, L.L.C.,<br><br>        Defendant. | 8:15CV37<br><br>**ORDER** |

The court has reviewed the pending motion to continue, (Filing No. 14), the defendant's objection to the motion to continue, (Filing No. 17), and supporting brief (Filing No. 18), and the defendant's objection to plaintiff's expert witness designation, (Filing No. 19). Upon review of those documents, the court construes the defendant's "objection" to plaintiff's expert witness designation as a motion to strike that designation, with its brief (Filing No. 18), responding to plaintiff's motion to continue and to supporting defendant's motion to strike the plaintiff's expert designation.

Accordingly,

IT IS ORDERED:

1) Plaintiff's response to defendant's brief, (Filing No. 18), and its motion (Filing No. 19), shall be filed on or before July 23, 2015.

2) The Plaintiff's motion to extend, (Filing No. 17), and the defendant's motion to strike plaintiff's expert designation, (Filing No. 19), shall be deemed fully submitted on July 24, 2015.

July 16, 2015.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge