IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY A. GILKERSON, | ) | Case No. 8:15-cv-00037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED ORDER FOR EXTENSION |
| vs. | ) | OF DEADLINE FOR MEDIATION AND |
| | ) | EXPERT REPORTS |
| NEBRASKA COLOCATION CENTERS, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon the parties' Joint Motion to extend the Mediation and Expert Witness Disclosure deadlines. The parties stipulate, and the Court therefore finds:

1. The parties have stipulated and agreed to participate in mediation with Michael G. Mullin on October 29, 2015.

2. The parties have stipulated and agreed that the Plaintiff shall have until November 30, 2015 to disclose their expert witness(es) and provide the Defendant with a copy of their expert's report and the Defendant shall have until December 30, 2015 to disclose their expert witness(es) and provide the Plaintiff with a copy of their expert's report.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

3. The parties have until October 30, 2015 to complete mediation.

4. The Plaintiff's expert witness(es) disclosure is due no later than November 30, 2015 and the Defendant's expert witness(es) disclosure is due no later than December 30, 2015.

IT IS SO ORDERED.

DATED this 23rd day of October 2015.

BY THE COURT:

_____
United States Magistrate Judge