IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY A. GILKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA COLOCATION CENTERS, L.L.C., AMERICAN NEBRASKA LIMITED PARTNERSHIP, and RALPH EDWARDS PRODUCTIONS, INC.,<br><br>Defendants. | 8:15CV0037<br><br>ORDER |

After conferring with counsel, (audio, Filing No. 101),

IT IS ORDERED:

1) The parties shall promptly discuss any parallels between this case and 8:17CV369-LSC-CRZ, Nebraska Data Centers, LLC v. Khayet, and after reviewing Nebraska General Rule 1.4 (a)(4), file a notice of related case if appropriate.

2) The parties shall promptly confer regarding Plaintiff's proposed third party subpoena to be served on Leo Khayet (see, Filing No. 94). If the parties cannot resolve their dispute over the service and scope of that subpoena, a motion for court resolution of that issue shall be filed on or before December 1, 2017. Any reply shall be filed within seven (7) days after the motion was filed.

3) With Defendant's agreement, Plaintiff's motion to compel a supplemental corporate disclosure statement, (Filing No. 96), and to amend the

designation of Nebraska Colocation Centers, L.L.C. ([Filing No. 98](#)), is granted. On or before December 1, 2017, Defendant Nebraska Colocation Centers, L.L.C. shall file a new corporate disclosure statement along with a notice that the real party interest, previously known and correctly identified as Nebraska Colocation Centers, L.L.C., is now Nebraska Data Centers, L.L.C.

November 21, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge