IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TIMOTHY A. GILKERSON, | |
|---|---|
| Plaintiff, | **8:15CV37** |
| vs. | |
| NEBRASKA DATA CENTERS, L.L.C., AMERICAN NEBRASKA LIMITED PARTNERSHIP, and RALPH EDWARDS PRODUCTIONS, INC., | **ORDER** |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1) The motion to continue the trial, (Filing No. 112), is granted. The trial and pretrial conference settings are vacated, and all deadlines based on the trial setting are set aside pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on February 6, 2018 at 2:00 p.m. to discuss the status of the parties' settlement efforts and if necessary, to set a new pretrial conference and trial date. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 82), to participate in the call.

3) Defendant's motion for an expedited briefing schedule, (Filing No. 114), is denied as moot.

Dated this 19th day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge